UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:	04-cv-02148-LTB

THERESA FLORES,

        Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____

**ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**
_____

THE MATTER before the Court is Plaintiff's Motion For An Award of Attorney Fees Under 42 U.S.C. §406(b) filed on March 20, 2008.   The Court

**HEREBY ORDERS** that the Plaintiff's attorney shall be entitled to receive by the Defendant, $2,999.00  under 42 U.S.C.§406(b) for representation in this Court.

DATED:   March 27, 2008

        BY THE COURT:

            s/Lewis T. Babcock
        LEWIS T. BABCOCK
        United States District Court Judge